UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES FIDELITY AND GUARANTY COMPANY, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 3:07-1150 Judge Echols |
| DAVID WEED, | ) ) | |
| Defendant. | ) | |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) United States Fidelity and Guaranty Company's Request to Take Judicial Notice of Adjudicated Facts (Docket Entry No. 31) is hereby GRANTED;

(2) Plaintiff United States Fidelity and Guaranty Company's Motion For Summary Judgment Against David Weed (Docket Entry No. 27) is hereby GRANTED;

(3) judgment is hereby entered in favor of Plaintiff United States Fidelity and Guaranty Company and against Defendant David Weed in the amount of $100,000.00 plus prejudgment interest from February 27, 2007, to the date of entry of Final Judgment, as well as taxable costs, nontaxable expenses, and attorney's fees incurred by Plaintiff in the prosecution of this action;

(4) **no later than thirty (30) days after entry of judgment**, Plaintiff may file a motion for attorney's fees and nontaxable expenses pursuant to Local Rule 54.01(b)(1) - (3), which motion shall also include a calculation of the amount of prejudgment interest sought. Defendant Weed may file a response **within ten (10) days after the motion is filed** in accordance with Local Rule 54.01(b)(3). There shall be no reply; and

1

(5) Plaintiff may seek taxable costs pursuant to Local Rule 54.01(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE